McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Cheryl A. Grames
Nevada Bar No. 12752
  *cheryl.grames@mccormickbarstow.com*
Chelsea M. Bravin
Nevada Bar No. 16503
  *chelsea.bravin@mccormickbarstow.com*
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for LIBERTY INSURANCE CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAUL JULIAR, as trustee of the JULIAR FAMILY TRUST,<br><br>              Plaintiffs,<br><br>     v.<br><br>LIBERTY INSURANCE CORPORATION, a foreign Corporation; and DOES I – V and ROES VI – X, inclusive,<br><br>              Defendants. | Case No. 2:25-cv-01663-RFB-BNW<br><br>**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by Plaintiff PAUL JULIAR, as trustee of the JULIAR FAMILY TRUST, by and through his counsel of record, and Defendant LIBERTY INSURANCE CORPORATION, by and through their counsel of record that the above-entitled matter be dismissed

/ / /

/ / /

/ / /

/ / /

/ / /

with prejudice against Defendant LIBERTY INSURANCE CORPORATION, the parties to bear their own costs and attorneys' fees.

IT IS SO STIPULATED.

DATED November 12, 2025.

JESSE SBAIH & ASSOCIATES, LTD.

By    /s/Jesse M. Sbaih
Jesse M. Sbaih, Esq., Nevada Bar No. 7898
JESSE SBAIH & ASSOCIATES, LTD.
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Attorneys for Plaintiff PAUL JULIAR, as trustee of the JULIAR FAMILY TRUST

DATED November 12, 2025.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By    /s/Cheryl A. Grames
Jonathan W. Carlson, Nevada Bar No. 10536
Cheryl A. Grames, Nevada Bar No. 12752
Chelsea M. Bravin, Nevada Bar No. 16503
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Attorneys for Defendant LIBERTY INSURANCE CORPORATION

## ORDER

**IT IS SO ORDERED.**

**DATED**: November 13, 2025.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November, 2025, a true and correct copy of **STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By /s/Tina M. Abrante
Tina M. Abrante, an Employee of
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

12171900.1